**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-7995**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BERTRAM MCRAE, a/k/a Scott,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CR-91-162-A, CA-95-1122-AM)

_____

Submitted:  May 16, 1996                Decided:  May 31, 1996

_____

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Bertram McRae, Appellant Pro Se.  Quincy Leon Ollison, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his 28 U.S.C. § 2255 (1988) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. United States v. McRae, Nos. CR-91-162-A; CA-95-1122-AM (E.D. Va. Oct. 26, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED